**WO**                                                                                          MDR

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Forrest Dunbar, ) | No. CV 08-8024-PCT-SMM (MEA) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| State of Arizona, et al., ) | |
| Defendants. ) | |

In a September 10, 2008 Order, the Court dismissed Plaintiff's First Amended Complaint. When the Court issued that Order, the Court was unaware that Plaintiff had filed a September 8, 2008 Motion for "Injunction/TRO Retrieval of Property Pending Trial" (Doc. #14). The relief Plaintiff seeks in that Motion—the return of one 1972 Chevelle pending trial in this case or, alternatively, for the vehicle to be parked at a holding facility until his release from prison—is inappropriate in light of the Court's dismissal of this case.

**IT IS ORDERED** that Plaintiff's Motion for "Injunction/TRO Retrieval of Property Pending Trial" (Doc. #14) is **denied**. This case must remain closed.

DATED this 15th day of September, 2008.

Stephen M. McNamee
United States District Judge